UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JEREMY X RACHAL #590548 | CIVIL ACTION NO. 22-641 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| TIM HOOPER ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 40], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion to Consolidate [Record Document 28] is DENIED.

**THUS DONE AND SIGNED** this 27th day of March, 2023.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE