UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JEREMY RACHAL #590548,<br>Petitioner | CIVIL DOCKET NO. 5:22-CV-00641 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| TIM HOOPER,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 45), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 47), having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Relief from Judgment (ECF No. 43) is DENIED.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. § 2253, HEREBY DENIES a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

THUS, DONE AND SIGNED in Chambers, this 21st day of February, 2024.

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT JUDGE**